STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR00 00394 |
| --- | --- | --- |
| Plaintiff, | ) ) | INDICTMENT |
| v. | ) ) ) | |
| HAROLD OTTO MUNS, (01), | ) | [21 U.S.C. §§ 846, 841(a)(1), |
| JAMES MICHAEL MUNS, (02), | ) | 18 U.S.C. § 2] |
| FRANK GUTIERREZ, (03), | ) | |
| BORTI PETRICH, (04), | ) | |
| EVERETT GALISA, (05), | ) | |
| ANETEREA TUPUOLA, (06), | ) | |
| aka "Jay," | ) ) | |
| Defendants. | ) ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 12, 1998, to and including March 13, 1998, in the District of Hawaii, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ, EVERETT GALISA, and

ANETEREA TUPUOLA, aka "Jay," did knowingly and intentionally possess with intent to distribute in excess of 100 grams, to wit, approximately twenty (20) pounds of crystal methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 2

The Grand Jury further charges that:

From a date unknown, but from at least November, 1996, to on or about July 19, 1999, within the District of Hawaii and elsewhere, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ, BORTI PETRICH, EVERETT GALISA, and ANETEREA TUPUOLA, aka "Jay," defendants herein, and Aloalii T. TooToo, who is not charged in this indictment, did conspire with each other and others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 100 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### MANNER AND MEANS OF ACCOMPLISHING THE CONSPIRACY

1. The crystal methamphetamine distribution organization consisted of the named defendants and others. Some of the named defendants provided the methamphetamine, while other defendants assisted in the transportation of the crystal

methamphetamine from California to Hawaii. A third level of named defendants supported the organization by distributing the crystal methamphetamine within the State of Hawaii.

2.  Throughout 1996 and 1999, in the Los Angeles area of California, HAROLD OTTO MUNS and JAMES MICHAEL MUNS obtained powdered methamphetamine from others.

3.  The processing of the methamphetamine to crystal methamphetamine, commonly referred to as "ice," would be facilitated by the MUNS brothers and others, who would then contract with other individuals to transport the crystal methamphetamine via personal courier to the State of Hawaii.

4.  Once the crystal methamphetamine was ready for transport, FRANK GUTIERREZ, BORTI PETRICH, and others would receive the crystal methamphetamine in California and transport the drugs secreted in their personal luggage to Hawaii. Once in Hawaii, the drugs would be re-distributed for sale by ANETEREA TUPUOLA, aka "Jay," Aloalii T. Tootoo, and others.

5.  From November, 1996, through and including July 19, 1999, HAROLD OTTO MUNS, JAMES MICHAEL MUNS, FRANK GUTIERREZ, BORTI PETRICH, EVERETT GALISA, ANETEREA TUPUOLA, aka "Jay," and others distributed over 100 pounds of crystal methamphetamine in Hawaii per year.

OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about November, 1997, in Honolulu, Hawaii, HAROLD OTTO MUNS and JAMES MICHAEL MUNS delivered approximately five (5) pounds of crystal methamphetamine to ANETEREA TUPUOLA, aka "Jay," and another associate while at the Kahala Mandarin Hotel.

2) On or about December 5 through December 9, 1997, HAROLD OTTO MUNS stayed at the Kahala Mandarin Hotel. During that time, HAROLD OTTO MUNS delivered approximately seven (7) pounds of crystal methamphetamine to another associate.

3) On or about December 6, 1997, in Honolulu, Hawaii, HAROLD OTTO MUNS rented a car from Dollar Rent A Car.

4) On or about January 13, 1998, both HAROLD OTTO MUNS and JAMES MICHAEL MUNS, stayed at the Kahala Mandarin Hotel. During that time, the MUNS brothers delivered approximately seven (7) pounds of crystal methamphetamine to another associate.

5) On or about January 15, 1998, FRANK GUTIERREZ registered as a guest at the Kahala Mandarin Hotel.

6) On or about January 23, 1998, BORTI PETRICH registered as a guest at the Kahala Mandarin Hotel.

7) On or about January 30, 1998, both JAMES MICHAEL MUNS, and FRANK GUTIERREZ registered as guests at the Kahala Mandarin Hotel.

8) On or about February 8, 1998, JAMES MICHAEL MUNS stayed at the Kahala Mandarin Hotel. There, JAMES MICHAEL MUNS delivered approximately ten (10) pounds of crystal methamphetamine to an associate.

9) On or about March 11, 1998, JAMES MICHAEL MUNS through the use of the telephone, discussed the distribution of approximately twenty (20) pounds of crystal methamphetamine with another associate.

10) On or about March 12, 1998, EVERETT GALISA reserved a room at the Aston Waikiki Beach Tower Hotel.

11) On or about March 13, 1998, in Honolulu, Hawaii, JAMES MICHAEL MUNS rented a car from Budget Rent A Car.

12) On or about March 13, 1998, in Honolulu, Hawaii, JAMES MICHAEL MUNS picked up FRANK GUTIERREZ at the Honolulu International Airport in Honolulu, Hawaii.

13) On or about March 13, 1998, FRANK GUTIERREZ transported approximately twenty (20) pounds of crystal methamphetamine from California to Honolulu, Hawaii.

All in violation of Title 21, United States Code, Section 846.

DATED: 9/27/00 , at Honolulu, Hawaii.

A TRUE BILL,

/s/
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Harold Otto Muns, et al.
"Indictment"
Cr. No.

6