**LODGED**

AUG 12 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2003

at ___ o'clock and 35 min. __ M
WALTER A.Y.H. CHINN, CLERK

1 | ROGER J. ROSEN, Bar # 48573
1801 Avenue of the Stars, Suite 900
2 | Los Angeles, CA 90067-5803

3 | Attorney for Defendant Borti Petrich

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No.: CR 00-394(SOM)
                                    )
         Plaintiff,                 ) STIPULATION AND ORDER EXONERATING
                                    ) BOND AND CANCELING AND RELEASING
    vs.                             ) MORTGAGE
                                    )
BORTI PETRICH,                      ) JUDGE: SUSAN OKI MOLLWAY
                                    )
         Defendant                  )
                                    )
                                    )

*See revisions made by court*

STIPULATION AND ORDER EXONERATING BOAND AND
CANCELING AND RELEASING MORTGAGE

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant BORTI PETRICH, through their respective counsel, that Pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, a Judgment in a Criminal Case was filed herein on ~~October 11, 2000~~ February 6, 2003, and Defendant BORTI PETRICH having been committed to the custody of the United States Bureau of Prisons for imprisonment and having surrendered himself to the United States Marshall Service, and all conditions of the bond posted herein having been satisfied, the bond herein-above posted and the security mortgage filed in conjunction therewith dated October 11, 2000 and recorded in the State of

SOM

1

```
 1  California Bureau of Conveyances on October 12, 2000 as Instrument No. 00-
 2  1591887, Official Records, are hereby exonerated and canceled.  The
 3  mortgagors therein are hereby released and the mortgage herein-above referred
 4  to is canceled.
 5
 6  Dated:  7/28/03
 7
 8
 9  _____(per)_____          _____
    ROGER J. ROSEN,                  THOMAS J. BRADY
    Attorney for Defendant           Attorney for Plaintiff
10  Borti Petrich                    United States
```

```
PETRICH(05)                          of America

                                     NO OBJECTION:

                                     _____, Assistant
                                     U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

[signature]
SUSAN OKI MOLLWAY
JUDGE OF THE ABOVE-ENTITLED COURT


CR. No. 00-00394 (SOM); U.S.A v BORTI PETRICH(05), et al; STIPULATION AND ORDER EXONERATING BOND
AND CANCELING AND RELEAING MORTGAGE
```